

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

U.S. POSTAGE ≫ PITNEY BOWES

ZIP 78701
02 1W
0001401603

$ 000.26⁵

MAY. 07. 2015.

4/29/2015

**Wilburn, Tony Allen**          Tr. Ct. No. 16,187-A                    **WR-80,867-01**

On this day, the supplemental clerk's record, in response to the order issued by this Court, has been received and presented to the Court.

Abel Acosta, Clerk

TONY ALLEN WILBURN
~~FREED~~ UNIT - TDC #1807746
~~RT. 2 BOX 500~~
~~TEAGUE, TX 75860~~

RTS
Discharge
UTF